# EXHIBIT C

| | |
|---|---|
| From: | Gazoul, Gabriel </O=CBS/OU=USA/CN=RECIPIENTS/CN=SHOWTIME/CN=USERS/CN=GAZOULG> |
| Sent: | September 22, 2015 6:07 PM |
| To: | Karyn Rachtman |
| Cc: | Ben Patterson;Pras Michel;Manoushah Sh |
| Subject: | RE: SWEET MICKEY FOR PRESIDENT - REVISED (2) Preliminary Information Letter |

Thanks. I don't have a call in number. You can reach me on my direct line at 310-234-5418.

Talk to you then.

**Gabriel Gazoul**
Senior Director, Content Acquisitions
**Showtime Networks Inc.**
10880 Wilshire Blvd., Suite 1600, Los Angeles, CA 90024
310.234.5418 | gabriel.gazoul@showtime.net

**From:** Karyn Rachtman [mailto:kr@mindyourmusic.com]
**Sent:** Tuesday, September 22, 2015 4:57 PM
**To:** Gazoul, Gabriel
**Cc:** Ben Patterson; Pras Michel; Manoushah Sh
**Subject:** Re: SWEET MICKEY FOR PRESIDENT - REVISED (2) Preliminary Information Letter

Hi Gabriel,

Sorry about that, here is Dean's email address: dean@donaldsoncallif.com

Also yes to the call at 11:00 am PST tomorrow. Ben, Pras & myself will all be on the call. Do you have a call in number you would like us to use?

On Sep 22, 2015, at 3:32 PM, Gazoul, Gabriel <Gabriel.Gazoul@showtime.net> wrote:

Also, what is Dean Cheley's email address? It is not listed below. Thank you.

**From:** Gazoul, Gabriel
**Sent:** Tuesday, September 22, 2015 10:55 AM
**To:** 'Karyn Rachtman'
**Cc:** Ben Patterson; Pras Michel; Manoushah Sh
**Subject:** RE: SWEET MICKEY FOR PRESIDENT - REVISED (2) Preliminary Information Letter

Sure. How about 11am PST on Wednesday (9/23)?

**From:** Karyn Rachtman [mailto:kr@mindyourmusic.com]
**Sent:** Monday, September 21, 2015 11:42 PM
**To:** Gazoul, Gabriel
**Cc:** Ben Patterson; Pras Michel; Manoushah Sh
**Subject:** Re: SWEET MICKEY FOR PRESIDENT - REVISED (2) Preliminary Information Letter

I have a Dr's appointment at 3:00 pm. Any chance we could do it on Wed.? Ben may want to join in as well. Copying Manoushah as well who keeps Pras' schedule.

Thanks,

Karyn

On Sep 21, 2015, at 4:48 PM, Gazoul, Gabriel <Gabriel.Gazoul@showtime.net> wrote:

Hi Karyn,

Thanks for this. And I'd be glad to talk on the phone tomorrow. How about 3:30pm PST?

**Gabriel Gazoul**
Senior Director, Content Acquisitions
**Showtime Networks Inc.**
10880 Wilshire Blvd., Suite 1600, Los Angeles, CA 90024
310.234.5418 | gabriel.gazoul@showtime.net

**From:** Karyn Rachtman [mailto:kr@mindyourmusic.com]
**Sent:** Monday, September 21, 2015 3:35 PM
**To:** Gazoul, Gabriel
**Cc:** Galen, Adam; Kevin Iwashina (kevin@preferredcontent.net); Zac Bright; Dean Cheley; Ben Patterson; Pras Michel
**Subject:** Re: SWEET MICKEY FOR PRESIDENT - REVISED (2) Preliminary Information Letter

Great to meet you Gabriel. We are all super excited. It would be great if Pras and I could give you a call to say Hello sometime this week. Maybe even mid day tomorrow as we will be together.

Until then here are the answers to your questions:

**1. Name of Licensor: Sweet Micky, LLC**
**2.. U.S. Federal Identification number:** REDACTED
**3. Legal Address, Phone and Fax of Licensor: 3601 PGA BOULEVARD, STE 220 – PALM BEACH GARDENS, FL 33410 phone 561-345-3895      561-345-3899 FAX**

4. **Name of Individual who will be executing: PRAKAZREL MICHEL** REDACTED
5. **Legal Contact: Dean R. Cheley, Esq. Donaldson + Callif, LLP  400 S. Beverly Dr., Suite 400 Beverly Hills, CA 90212O 310-277-8394 F  310-277-4870**
6. **Contact Re: masters  Director Ben Patterson - O: 212 380 7672 | C: 347 578 0437 ben@onslot.com & Matt Radeckl or Greg Lanessey @Different By Design12233 W. Olympic Blvd.#120Los Angeles, CA 90064  Office (310) 689-2470  Fax (310) 689-2471  Cell (310) 569-8038**
7. **First Exhibition January 2015**
8. **First Public Exhibition November 2015**
9. **MPAA rating: N/A**
10. **Final Run time of film 01:29:54**
11. **Exact title of film SWEET MICKY FOR PRESIDENT**

On Sep 18, 2015, at 3:27 PM, Gazoul, Gabriel <Gabriel.Gazoul@showtime.net> wrote:

Thanks, Adam. Glad to see this is moving forward.

And good to meet you, Ben, Pras and Karyn. As soon as I receive the answers those questions, I can send everything to Business Affairs to start drafting up the contract.

Have a great weekend!

**Gabriel Gazoul**
Senior Director, Content Acquisitions
**Showtime Networks Inc.**
10880 Wilshire Blvd., Suite 1600, Los Angeles, CA 90024
310.234.5418 | gabriel.gazoul@showtime.net

**From:** Galen, Adam [mailto:adam@preferredcontent.net]
**Sent:** Friday, September 18, 2015 9:32 AM
**To:** Gazoul, Gabriel
**Cc:** Kevin Iwashina (kevin@preferredcontent.net); Zac Bright; Karyn Rachtman; Dean Cheley; Ben Patterson; Pras Michel
**Subject:** Re: SWEET MICKEY FOR PRESIDENT - REVISED (2) Preliminary Information Letter

Hi Gabe,

It is with great pleasure that I am writing to commit SWEET MICKY FOR PRESIDENT to you, Showtime, as per the agreed upon terms reflected below. We are thrilled to be in business with you and look forward to a successful release.

I'm copying in the director, Ben Patterson, and producers, Pras Michel and Karyn Rachtman directly who can be your points of contact moving forward. Please address the initial deliverables list and also let's set up a time for them to speak with you regarding operations/delivery to get the ball rolling there.

The material points are negotiated, as per the below, but we'll reserve the right for the film team's legal counsel, Dean Cheley, to comment on the long form agreement.

Karyn, Ben, and Pras: Please see the 11 questions at the bottom of the offer and supply answers to Gabe as soon as possible with this information so we can move to the long form. Thanks.

Congratulations all!

---

Adam Galen | Preferred Content | Manager, Worldwide Sales & Digital Affairs

6363 Wilshire Boulevard | Suite 350 | Los Angeles, CA 90048
o: +1 323 782 9193 ext. 505 | m: +1 480 332 5058 | e: adam@preferredcontent.net

Gazoul, Gabriel <Gabriel.Gazoul@showtime.net> wrote:

Set forth below are the newly revised major deal points in Showtime Networks Inc.'s ("SNI") proposal to license "Sweet Mickey for President."

## DEAL POINTS

Grant of Rights: English and Spanish-language pay service (including subscription video-on-demand (SVOD)) rights in the Territory. SNI's pay services may be delivered via any technologies now known or hereafter developed (including via streaming and downloading on 3rd party websites).

Territory: The United States and its territories, possessions, commonwealths (including Puerto Rico), all U.S. military installations (including ships) wherever located, Bermuda, the Bahamas and the Caribbean Basin.

License Period: **Twenty-four (24) months,** unlimited exhibitions/exhibition days beginning on **3/15/2016.**

Exclusivity/ Licensor Holdbacks:

(a) Before the License Period, the picture is exclusive to SNI in the Territory as against all media now known or hereafter developed; except that the picture may be exploited solely by means of theatrical exploitation, non-theatrical, permanent video downloading and Internet and/or television "VOD" (i.e. up to 48-hour access at times selected by the consumer in exchange for the payment of a distinct, material transactional fee per picture). Under no circumstances may the pictures be made available via the Internet on advertiser-supported or other non-transactional sites before the License Period.

(b) During the License Period plus a **30-day blackout** period after the License Period, the picture is exclusive to SNI in the Territory as against all media now known or hereafter

SHO000151

developed; except that the picture may be exploited solely by means of theatrical exploitation, non-theatrical, permanent video downloading and Internet "VOD" (i.e. up to 48-hour access at times selected by the consumer in exchange for the payment of a distinct, material transactional fee per picture). Additionally, ninety (90) days after the start of the license period the picture may begin to be exploited by means of traditional home video (DVD and Blu-Ray) and on "Netflix Watch Instantly" (as it is currently configured). Under no circumstances may the pictures be made available via the Internet on advertiser-supported or other non-transactional sites during the License Period.

License Fee: **$70,000**
Due on the later of (x) 60 days after the start of the License Period and (y) mutual execution of a long-form agreement and satisfactory delivery of all materials relating to the Picture (including E&O Insurance described below).

Errors & Omissions (E&O) Insurance: The licensor, at its expense and for the duration of the License Period, must maintain producer's liability (errors and omissions) insurance in the minimum amount of $1,000,000/$3,000,000 for the pictures and deliver to SNI a certificate of such insurance. The certificate must provide, among other things, that such insurance (i) cannot be modified, terminated or canceled by the carrier without its first notifying SNI, and (ii) is not subject to any non-standard exclusions from, restrictions of or limitations in coverage or a deductible greater than $10,000. (**Note: Arrangements for this insurance must be completed at least three months prior to the start of the License Period. The $10,000 deductible limit is non-negotiable and must be prominently displayed on the front of the E&O certificate.**)

Sexually Explicit Content: There are new laws about depictions in films of lascivious exhibition of a performer's genitals or pubic area (even if clothed), or of "simulated" human sexual intercourse, bestiality, masturbation, or sadistic or masochistic abuse. If the picture contains even one of these depictions and was produced (i.e., fully completed) after March 18, 2009, you will be required to deliver to us a copy of the Certification [concerning the collecting/maintaining of individual information about each performer in the picture] that the producer of the picture timely filed with the U.S. Attorney General pursuant to 18 U.S.C. Section 2257(a). However, if the picture is a "qualifying" foreign film, or if the picture is "labeled" and the producer created certain contemporaneous records about the performers, alternatives to a Certification might be available. If you have any question about your ability to comply with these laws, please let me know immediately.

Publicity: No statement, press release or other form of publicity of any kind about SNI or SNI's exhibition of the picture (including by conversations or electronic means (e.g., Twitter, Facebook, email, text messages)) to any form of press, media or the public, can be issued, authorized or permitted by you or a third party without SNI's prior written consent. Any violation of this restriction will be a material breach of the agreement, allowing SNI to terminate the agreement.

Physical Materials: The licensor must deliver to SNI, at its expense, a copy of an English-language, closed-captioned NTSC Digital Betacam master of the Picture along with a copy of a

SHO000152

closed-captioned true high definition HDcam master of the Picture transferred from film elements or shot in high definition in its original aspect ratio, both of which must meet SNI's technical specifications. All other existing versions (with various aspect ratios) must be delivered or made available to us upon our request. **If the copies of the masters you plan to deliver are not identical (with respect to content) to the screener you sent for our review, please notify me immediately.**

Please also submit the following to Kevin Young in our legal department, or let us know if you do not have these items: music cue sheets, electronic press kit, 10 to 20 digital photographs (color) minimum of 4x6 inches at 300 dpi (8x12 inches at 300 dpi preferred), key art or poster art (24x36 inches at 300dpi).

SNI's Broadcast Operations department will keep copies of your masters through the License Period and will destroy them at the end of the License Period. SNI does not pay for shipping of masters to our office or the lab (as applicable).

(Note: If the picture is not closed-captioned, please be advised that the companies below can provide this service for you (at your expense)).

Ascent Media (attn: Jim Pagliaro)
235 Pegasus Ave.
Northvale, NJ 07647
Ph: 201/784-2813, Fx: 201/784-2769

VITAC   818/755-0410

The Caption Center   213/465-7616

Caption Colorado   720/489-5662

Clearances: All music (sound recordings and musical compositions), clips and other third-party materials in the picture must be fully cleared for the exhibition contemplated by this proposal. The non-dramatic performance rights in all musical compositions contained in the picture must be controlled by ASCAP or BMI or in the public domain.

You would be responsible for paying pay all charges, taxes, license fees, residuals, reuse, rerun, pension and health and welfare fund payments, and payroll tax payments or other payments due to any person (including, without limitation, any union, guild, actor, director, craftsman or performer) or entity by virtue of our exhibition of the picture as contemplated by this proposal.

**About Showtime Networks Inc.:**
Showtime Networks Inc. (SNI), a wholly-owned subsidiary of CBS Corporation, owns and operates the premium television networks SHOWTIME®, THE MOVIE CHANNEL™ and FLIX®, as well as the multiplex channels SHOWTIME 2™, SHOWTIME® SHOWCASE, SHOWTIME EXTREME®, SHOWTIME BEYOND®, SHOWTIME NEXT®, SHOWTIME

WOMEN®, SHOWTIME FAMILY ZONE® and THE MOVIE CHANNEL™ XTRA. SNI also offers SHOWTIME HD™, THE MOVIE CHANNEL™ HD, SHOWTIME ON DEMAND® and THE MOVIE CHANNEL™ ON DEMAND. SNI also manages Smithsonian Networks, a joint venture between SNI and the Smithsonian Institution, which offers Smithsonian Channel™. All SNI feeds provide enhanced sound using Dolby Digital 5.1. SNI markets and distributes sports and entertainment events for exhibition to subscribers on a pay-per-view basis through SHOWTIME PPV®.

---

If you'd like to move forward with this proposal, please provide me with the following information and I will instruct our Business Affairs Department to begin drafting a contract. Please also promptly deliver or make available (as applicable) all required materials in connection with the picture (including the masters) when contacted by Sara Shacket (212-708-1355, sara.shacket@showtime.net) or another representative of SNI. Until such time (if ever) as you and SNI execute a contract relating to this proposal, there is no binding agreement between us relating to SNI's exhibition of the picture.

1. NAME OF LICENSOR
(The corporation or entity to which the check for the license fee will be written.)

U.S. Federal Identification number:
State in which the corporation or other entity is registered:

2. LEGAL ADDRESS, PHONE NUMBER and FAX NUMBER OF LICENSOR

3. NAME OF INDIVIDUAL WHO WILL BE EXECUTING THE CONTRACT ON BEHALF OF LICENSOR, as well as their EMAIL ADDRESS, and their DIRECT PHONE NUMBER.

4. LEGAL CONTACT NAME, E-MAIL ADDRESS, and PHONE NUMBER (Individual to be contacted regarding issues relating to the contract.)

5. NAME, PHONE NUMBER and E-MAIL ADDRESS OF INDIVIDUAL TO BE CONTACTED REGARDING THE MASTERS.

6. WHEN WAS THE FILM COMPLETED (I.E., FINAL ANSWER PRINT)? [MONTH AND YEAR]

7. WHEN WAS THE FILM FIRST EXHIBITED PUBLICLY (INCLUDING FESTIVAL EXHIBITION)? [MONTH AND YEAR]

8. WHEN (IF EVER) DID THE FILM HAVE ITS FIRST COMMERCIAL (PAID) EXHIBITION IN THE UNITED STATES? (Includes DVD release, theatrical release, television broadcast) [MONTH AND YEAR]

9. HAS THE FILM BEEN RATED BY THE MPAA? IF SO, WHAT IS THE RATING? (If the film has not been rated by the MPAA, please answer "N/A".)

10. WHAT IS THE FINAL RUN TIME OF THE FILM? Please answer in Hr:Mins:Secs format – for example: 1:30:00.

11. WHAT IS THE EXACT TITLE OF THE FILM, as it will be seen onscreen when we check the masters?

Once again, before determining whether you wish to move forward with this proposal, please be sure that you can provide us with the documents we require and with masters that meet the attached technical specifications. SNI does not provide funds toward the preparation of your masters, nor will we waive any of our technical requirements.

Thank you for your time and I look forward to hearing your thoughts on this proposal.

Best,

**Gabriel Gazoul**
Senior Director, Content Acquisitions
**Showtime Networks Inc.**
10880 Wilshire Blvd., Suite 1600, Los Angeles, CA 90024
310.234.5418 | gabriel.gazoul@showtime.net

SHO000155