# EXHIBIT F

**Subject:** FW: Sweet Micky Draft- Amazon SVOD
**Attachments:** Sweet Micky - Digital Video License Agreement (6-15-2016).docx

From: **carline balan** <carlinebal@gmail.com>
Date: Mon, Jun 20, 2016 at 5:59 PM
Subject: Fwd: Sweet Micky Draft- Amazon SVOD
To: Pras <prasmichel@gmail.com>


Carline Balan
carlinebal@gmail.com




Begin forwarded message:

**From:** "Martin, Francois" <Francois.Martin@weinsteinco.com>
**Subject: FW: Sweet Micky Draft- Amazon SVOD**
**Date:** June 20, 2016 at 5:30:32 PM EDT
**To:** Carline Balan <carlinebal@gmail.com>

Here's the contract. Please share with your attorney and Pras.

---

**From:** , Matt Huntley <Huntleym@Amazon.com>
**Date:** Monday, June 20, 2016 at 5:29 PM
**To:** TWC <francois.martin@weinsteinco.com>
**Subject:** Sweet Micky Draft- Amazon SVOD

Hi Francois,

Please see the attached draft. As discussed, this offer is contingent on the film being removed from Showtime (linear and on-demand) ASAP. We won't be able to proceed until that happens.
I am reserving rights as I have yet to circulate to management.

Thanks,
Matt
Matt Huntley | Content Acquisition | Prime Video
Amazon | 410 Terry Ave. N | Seattle, WA 98109
huntleym@amazon.com | 206.740.6941 C: 203.247.6089

This email is the property of The Weinstein Company LLC and may contain information that is private, privileged and/or confidential. It is intended solely for the above named recipient. If you have received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Further, if the reader of this transmission is not the specified recipient above, you are hereby notified and warned that any dissemination, discussion, reproduction, distribution or photocopy of this transmission and its contents are deemed unauthorized and prohibited by state and federal law.

**Pras Michel**
**Prasperity Group**

CONFIDENTIAL        SM_000148

## DIGITAL VIDEO LICENSE AGREEMENT

This Digital Video License Agreement (the "**Agreement**"), effective as of _____, 2016 (the "**Effective Date**"), is made and entered into by and between Amazon, and Sweet Micky For President LLC, [COMPANY TYPE] ("**Content Provider**"), with offices at 3601 PGA Blvd, Ste 220, Palm Beach Gardens, FL 33410. "**Amazon**" means Amazon Digital Services LLC, a Delaware limited liability company with offices at 410 Terry Avenue North, Seattle, WA 98109-5210.

**Comment [KC1]:** Please provide your company type and state of formation (e.g. Delaware limited liability company)

This Agreement contains the terms and conditions upon which Content Provider will make available to Amazon certain audio-visual programs and related content for distribution through the digital video service operated by Amazon or its affiliates. In consideration of the mutual covenants contained herein and other good and valuable consideration, the receipt and sufficiency of which hereby are acknowledged, Content Provider and Amazon hereby agree as follows:

1. Principal Terms

| Term | The Effective Date through the last day of the Availability Period set forth on Attachment A. "**Availability Period**" means with respect to each Title, the period during which Amazon may make the applicable Title available on the Service. |
|---|---|
| Titles | The audio-video programs listed in Attachment A (the "**Titles**"). |
| Territory | The United States, its territories and possessions. |
| General Description of the Service: | Amazon's digital video service branded with a brand of Amazon or its affiliates (the "**Service**") may allow customers to (a) purchase digital copies of audio-video content for electronic delivery and repeated viewing over an indefinite period of time ("**Digital Ownership**"), (b) purchase digital copies of audio-video content for electronic delivery and repeated viewing over a finite period of time established by Amazon in its sole discretion ("**Video-on-Demand**", and together with Digital Ownership, "**TVOD**"), (c) access digital copies of audio-video content on a subscription basis for electronic delivery and repeated viewing during the Term ("**SVOD**"), and (d) access digital copies of audio-video content on a free-on-demand basis (i.e., at no charge to the customer) for electronic delivery and repeated viewing during the Term, which may be ad-supported ("**FVOD**"). The Service may be offered on a stand-alone basis and/or bundled with other products, services, or offerings, including "Amazon Prime." As between the parties, Amazon will have sole control over the Service, all features, terms, and other aspects thereof (including, without limitation, the rights and entitlements granted to customers with respect to Digital Ownership, Video-on-Demand, SVOD and FVOD, and the sale of advertisements in connection with the Service); provided, however, that Amazon's distribution of Titles on the Service is in accordance with the terms of this Agreement. Without limiting the foregoing, Content Provider acknowledges that Amazon may (i) make the Service available through any websites, applications, device interfaces, and any other online platforms or points of presence now known or hereafter devised, (ii) grant customers who receive Digital Ownership, Video-on-Demand, SVOD and FVOD to audio-visual content the right to access such content via streaming, download, and any other means of digital distribution now known or hereafter devised, for online or offline viewing on any device supported by the Service, and (iii) deliver audio-visual content on the Service via any means now known or hereafter devised (including, without limitation, cable, wire, fiber, satellite, wireless and/or cellular). Digital Ownership, Video-on Demand, SVOD and FVOD are each a "**Distribution Mode**" for purposes of this Agreement. |

| | |
|---|---|
| **License Fee Payment** | Amazon will pay Content Provider the applicable license fees set forth below ("**License Fees**"). Such License Fees are the only compensation payable to Content Provider under this Agreement and constitute full and complete compensation to Content Provider for all rights granted under this Agreement. |
| - **TVOD License Fees** | For TVOD transactions, Amazon will pay to Content Provider 50% of the applicable Purchase Price (the "**TVOD License Fee**"). For the purposes of calculating the TVOD License Fee payments, the "**Purchase Price**" for a customer's purchase of Digital Ownership or Video-on-Demand means the sum actually paid by the customer for that purchase, less VAT and any similar taxes. Amazon will calculate, report and pay the TVOD License Fee in arrears within 45 days after the completion of the applicable calendar quarter. |
| - **SVOD License Fee** | The amount set forth on Attachment B, if applicable. |
| **Taxes** | As between the parties, Amazon will be solely responsible for collecting and paying to the appropriate taxing authorities any national, state or local sales or use taxes, value added taxes ("**VAT**") or similar taxes (collectively "**Transaction Taxes**") applicable to transactions by customers. Amazon will not be required to pay any taxes imposed on or measured by Content Provider's net income, net profits, income, profits, revenues, gross receipts, franchise, doing business, capital, intangible, value added (other than value added tax in the nature of sales or use or similar taxes), net worth, all real property and ad valorem taxes imposed by any governmental authority on the fees payable to Content Provider under this Agreement, or similar taxes or taxes in lieu thereof, whether collected by withholding or otherwise. All payments payable by Amazon to Content Provider under this Agreement are inclusive of all Transaction Taxes that apply to the license of the Titles by Content Provider to Amazon. If and to the extent any payments hereunder are subject to and include any applicable Transaction Taxes, Content Provider will supply Amazon with an original, valid tax invoice, to the extent available under the applicable law, separately stating these Transaction Taxes, to enable Amazon to claim credit for these taxes as applicable. Amazon may provide Content Provider with an exemption certificate or equivalent information acceptable to the relevant taxing authority, in which case, Content Provider will not charge or collect the taxes covered by such certificate. If taxes are required to be deducted or withheld on any payments to be made to Content Provider under applicable law, then Amazon will (i) deduct such taxes from the amount owed to Content Provider and pay them to the appropriate taxing authority as required by applicable law and (ii) secure and deliver to Content Provider a receipt or other legally required documentation for any taxes withheld as required under applicable laws. Payment to Content Provider as reduced by such deductions or withholdings will constitute full payment and settlement to Content Provider of amounts payable under this Agreement. Except as specified in this Section, each party will be responsible for its own taxes as levied by the applicable taxing authorities. Throughout the Term of this Agreement, Content Provider will provide Amazon with any forms, documents or other certifications as may be required by Amazon to satisfy any information reporting or withholding tax obligations with respect to any payments under this Agreement. |
| **Rights Granted:** | Amazon will have the right, but not the obligation, to offer customers of the Service the opportunity to access Titles via the Distribution Mode set forth on Attachment A, and Content Provider hereby grants Amazon an irrevocable license in the Territory for the Term to use, reproduce, reformat for online delivery, encode, encrypt, market, promote, transmit and distribute Titles and Promotional Materials (as defined below) in connection with such offerings |

CONFIDENTIAL                SM_000150

| | |
|---|---|
| | and to create, insert and distribute closed captions and subtitles for Titles. Amazon will utilize geo-filtering techniques designed to limit distribution of the Titles to customers of the Territory, and Amazon will be in compliance with the territorial restrictions of this Agreement if it complies with the foregoing. Amazon will have sole discretion to determine the retail prices charged for offerings on the Service. Amazon may advertise, market, and promote, in any and all media (whether now known or hereafter devised), the availability of Titles on the Service using images, trailers, logos, artwork, publicity materials, and metadata provided by Content Provider and video clips created by Amazon of up to 3 consecutive minutes of footage from Titles (collectively, the "**Promotional Materials**"). Amazon may insert Advertisements into or over Titles made available in the Service. Notwithstanding any expiration or termination of this Agreement for any reason, Amazon may continue (i.e., after the conclusion of the Term) to exercise the rights granted hereunder in order to provide customers who purchase Digital Ownership or Video-on-Demand (if applicable) Titles during the Term the ability to continue to access (including, without limitation, via re-download and streaming from the Service) and view the applicable Titles after the Term; provided, however, Amazon may not offer customers the opportunity to purchase Digital Ownership or Video-on-Demand of Licensed Video Content after the Term. |
| **Delivery of Content:** | Content Provider will deliver, or cause its agent to deliver, Titles, together with applicable Promotional Materials, to Amazon at Content Provider's sole cost and in accordance with such timetable and technical specifications as are provided by Amazon to Content Provider from time to time (including, without limitation, the requirement that such titles not contain any advertisements), at the highest resolution available to Content Provider. To the extent Content Provider has previously delivered audio-visual programs and associated promotional materials to Amazon or its affiliates ("**Prior Deliveries**"), such Prior Deliveries will be deemed to be Titles and Promotional Materials subject to the terms of this Agreement unless otherwise provided in Attachment A. Content Provider will have no obligation to re-deliver Prior Deliveries, except (i) as necessary to comply with other obligations set forth herein (such as language, closed captioning and resolution requirements), and (ii) to the extent that a given Title becomes available to Content Provider at a higher resolution. Content Provider hereby represents and warrants that it has the sole, full and unencumbered right to grant to Amazon and its affiliates all of the rights set forth herein and that Titles and Promotional Materials will not contain any subject matter or materials that are defamatory, libelous, obscene, or otherwise illegal. Content Provider will deliver closed captions for all Titles in accordance with Amazon's technical specifications, but in any event, in accordance with applicable law. The Titles will be delivered in High Definition format, unless otherwise specified on Attachment A. Content Provider will deliver English language versions of the Titles (unless the original version of a Title is not in English, in which case it will deliver the original version and an English dubbed version, if available), as well as any other dubbed or subtitled versions of the Titles to which Content Provider has access. |

2.  Termination of Agreement. If either party is in breach of this Agreement and fails to cure such breach within 30 days following written notice from the other party, the non-breaching party may terminate this Agreement upon 5 business days' written notice to the breaching party. Following any termination or

expiration of this Agreement, any provision which, by its nature or express terms should survive will survive such termination or expiration, including, but not limited to, Sections 2, 3, 4, and 5.

3. Indemnification. Content Provider will indemnify, defend and hold harmless Amazon, its officers, directors, employees, shareholders, affiliates, subcontractors, successors and assignees, from and against any and all third-party claims, actions, causes of action, demands, judgments, liabilities, damages, losses, injuries, costs and expenses (including, without limitation, reasonable attorneys' fees and court costs) brought against Amazon that arise from or relate to: (a) any breach or alleged breach by Content Provider of any of its representations, warranties or covenants set forth herein; or (b) any claim that Amazon's exercise of the rights granted by Content Provider under this Agreement violates any law or regulation or the right(s) of any third party.

4. Limitation of Liability. AMAZON WILL NOT BE LIABLE TO THE CONTENT PROVIDER FOR ANY LOST PROFITS OR FOR ANY OTHER CONSEQUENTIAL, INDIRECT, INCIDENTAL, PUNITIVE, EXEMPLARY OR SPECIAL DAMAGES ARISING OUT OF OR IN ANY WAY RELATED TO THIS AGREEMENT, EVEN IF AMAZON HAS BEEN ADVISED OR IS AWARE OF THE POSSIBILITY OF SUCH DAMAGES. AMAZON WILL NOT BE LIABLE TO CONTENT PROVIDER FOR DAMAGES ARISING OUT OF OR IN ANY WAY RELATED TO THIS AGREEMENT, WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE OR OTHER THEORY) OR OTHERWISE, FOR AN AGGREGATE AMOUNT IN EXCESS OF U.S. $10,000. NOTWITHSTANDING THE FOREGOING, THIS SECTION 4 WILL NOT BE DEEMED TO WAIVE ANY OF CONTENT PROVIDER'S RIGHTS AT LAW OR IN EQUITY TO ENFORCE THIS AGREEMENT WITH RESPECT TO UNDISPUTED LICENSE FEE PAYMENTS DUE TO CONTENT PROVIDER BY AMAZON HEREUNDER. THE SERVICE IS MADE AVAILABLE ON AN "AS IS" BASIS AND AMAZON MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, REGARDING THE SERVICE, INCLUDING WITHOUT LIMITATION, (I) THAT THE SERVICE WILL ALWAYS BE AVAILABLE, ACCESSIBLE, OR OPERATE WITHOUT ERROR OR (II) AS TO THE VOLUME OF SALES OR LICENSE FEES THAT WILL BE GENERATED BY TITLES CONTENT ON THE SERVICE.

5. Miscellaneous. The parties acknowledge that they are subject to and will comply with the terms of the Non-Disclosure Agreement, dated June 11, 2016, previously entered into by the parties (the "NDA"), and that the terms of this Agreement and all information regarding the Service provided to Content Provider hereunder, including, but not limited to all information relating to customer purchases of Titles, will be deemed Confidential Information under the terms of the NDA. Neither party may assign any of its rights or obligations under this Agreement without the prior written consent of the other party, except that Amazon may assign any of its rights or obligations under this Agreement, without such consent, to any of the following: (a) to any affiliate (provided that any such assignment will not relieve Amazon of its obligations hereunder); or (b) in connection with any merger, consolidation, reorganization, sale of all or substantially all of its related assets or similar transaction (provided that any such assignment will not relieve Amazon of its obligations hereunder). Amazon will further be entitled to subcontract, delegate or sublicense any of its rights or obligations hereunder to any subcontractor or affiliate, as deemed necessary by Amazon, in its sole discretion, in connection with the operation of the Service or Amazon's exercise of its rights granted hereunder. A waiver of any breach or default under this Agreement will not constitute a waiver of any other or subsequent breach or default. The failure of either party to enforce any term of this Agreement will not constitute a waiver of such party's rights to subsequently enforce the term. The remedies specified in this Agreement are in addition to any other remedies that may be available at law or in equity. For the purposes of this Agreement, Amazon and Content Provider are independent contracting parties, and nothing herein will be construed as creating an agency relationship, a fiduciary relationship, an employer-employee relationship, a partnership, a joint venture or an obligation to form any such relationship or entity between Amazon and Content Provider. Content Provider will not represent itself to be an employee, representative, or agent of Amazon. Content Provider will have no authority to enter into any agreement on Amazon's behalf or in Amazon's name or otherwise bind Amazon to any agreement or obligation. This Agreement will be governed exclusively by (a) the laws of the State of New York applicable to agreements entered into and to be performed wholly therein (without reference to that State's conflicts of laws rules and principles) and (b) the federal laws of the United States of America. Any

legal action or proceeding by either party to enforce, construe or otherwise concerning this Agreement will be brought exclusively in the state and federal courts (as applicable) located in New York in the State of New York. In any such action or proceeding, each party agrees irrevocably to submit to the exclusive personal and subject matter jurisdiction and venue of such courts. To be effective, any notice, consent or approval by either party must be in writing, with confirmation of delivery, to the applicable addresses set forth on the cover page of this Agreement. If any term of this Agreement is held to be invalid, void or unenforceable, then the remaining terms of this Agreement will not be affected and will be valid and enforceable to the fullest extent permitted by law. This Agreement (together with all attachments) represents the entire agreement between Content Provider and Amazon concerning the subject matter hereof and supersedes and supplants any and all other agreements, memoranda, documents, communications, understandings, negotiations, discussions, proposals, representations and promises, whether written or oral, between Amazon and Content Provider relating to such subject matter. Any changes to this Agreement must be in writing and signed by respective authorized representatives of each party. The rights granted to Amazon pursuant to this Agreement may be exercised by Amazon or one or more of its affiliates. In the event of a conflict between the terms of the body of this Agreement and the terms in any Attachment to this Agreement, the terms of the applicable Attachment shall prevail. Nothing in this Agreement will restrict Amazon from exercising any right Amazon has pursuant to another applicable permission or would have at law in the absence of this Agreement. This Agreement may be executed in counterparts, which together will constitute one and the same instrument, and may be delivered by electronic transmission (including fax or PDF). This Agreement is not an offer by either party and is not effective unless and until executed and delivered by both parties. Once executed and delivered by both parties, this Agreement will be deemed effective as of the Effective Date.

**[Signatures on the following page]**

Case 2:16-cv-05227-RGK-AFM Document 47-7 Filed 06/30/17 Page 9 of 11 Page ID #:352

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their respective duly authorized representatives.

| Amazon Digital Services LLC | Sweet Micky For President LLC |
|---|---|
| By: _____<br>Printed Name: _____<br>Title: _____<br>Signature Date: _____ | By: _____<br>Printed Name: _____<br>Title: _____<br>Signature Date: _____ |

## ATTACHMENT A

### TITLES

| Title | Availability Period | Distribution Mode |
|---|---|---|
| Sweet Micky for President | July 1, 2016 – December 31, 2016 | SVOD and TVOD |

Confidential

CONFIDENTIAL          SM_000155

## ATTACHMENT B

1. SVOD License Fee.
   a. Subject to Content Provider's full and timely performance of its obligations with respect to the Title under the Agreement, Amazon will pay Content Provider $75,000 (the "**SVOD License Fee**" for purposes of this Attachment B). The SVOD License Fee is a flat fee and will not be altered or adjusted based on the number of subscribers to the Service or the number of times the Title is distributed or viewed on the Service; provided, however, if the Title is not available to Amazon for distribution on the Service during its entire Availability Period due to a withdrawal or termination of this Agreement pursuant to the terms of this Agreement, then Amazon will be entitled to reduce the SVOD License Fee on a prorated basis, based on the number of days the Title was made available to Amazon.

   b. Amazon will pay Content Provider the SVOD License Fee in 2 equal installments, in arrears. The first installment of the SVOD License Fee is due by the later of (i) October 15, 2016, and (ii) Amazon's receipt of a valid invoice from Content Provider for the payment. The final installment of the SVOD License Fee is due by later of (x) February 15, 2017, and (y) Amazon's receipt of a valid invoice from Content Provider for the payment.

2. SVOD Exclusivity and Holdbacks. The SVOD rights granted hereunder to Amazon with respect to the Title are exclusive in the Territory during the entire Availability Period set forth on Attachment A. Content Provider will not authorize or permit the exhibition of, and will not itself exhibit, any version of the Title within the Territory by any means whatsoever during its Availability Period set forth on Attachment A, except by means of physical home video, Video-on-Demand, and Digital Ownership.