# EXHIBIT H

**Subject:**      FW: All the Properties to look at
**Attachments:**  SMFP THE EMIPER .pdf; Madame Max Adolphe .docx; KingMaker_07_compress.pdf; Sweet
                  Micky LLC - Preferred LOI.pages

**From: carline Balan** <befree6@me.com>
Date: Thu, Jun 2, 2016 at 3:16 PM
Subject: Fwd: All the Properties to look at
To: Pras <prasmichel@gmail.com>

Carline Balan

Begin forwarded message:

**From:** carline Balan <befree6@me.com>
**Subject: All the Properties to look at**
**Date:** March 21, 2016 at 8:57:57 PM EDT
**To:** Laolu Saraki <lmsaraki@gmail.com>



Hey Saraki,

Please find attached all the various projects I have my hands in.  "Sweet Micky For President" (the Documentary & The Musical"  , "Madame Max Adolphe", " KingMaker" (TV series),

Here is a quick break down before getting in to the attachments

To Recap the objectives of Sweet Micky the Doc, there are about 6 components to be taking away from it.

First we would love to release it in the theaters to the main 15 markets.  In doing so we are targeting the Hajtian & ALL Diaspora including all of the Caribbean from Miami,  Brooklyn, Chicago to LA . We can have it in the theaters for a period of time or we can date to date ( that is when you release in both the Theater & Tv) then shortly after do a special release on TV or cable network with the combination of for example a  Shawn Carter & Harvey Weinstein presents: "Sweet Micky for President A Political Fairy Tale". That would be incredible! As that is happening simultaneously we should aggressively start developing the tv series "King Marker" so we can possibly be shooting this fall.  We develop the other IP's as well not mention the release of the soundtrack with the lead off smash single featuring NeYo ""Came To Win". **(Saraki I am send the song & few others on a separate email)**

1
CONFIDENTIAL                        SM_000162

SweetMicky mimiseies aka "Kingmaker" the idea is bringing on Michelle Maclaren to develop, produce and or direct. She won two emmys, produce and directed "Breaking Bad, "Games of Throne", "The Walking Dead" and etc. She loves "SweetMicky" the movie and the miniseries idea. **(Saraki I am sending the trailer this via  Wetransfer.com  it is a large file).**

"Masters of the Dew" Oscar vehicle for B **(did you read the book Saraki, do I need to get you a copy again? ).**  We'd bringing on director/writer Fernando Meirelles who directed "City of God", "The Constant Gardener" of which Rachel Weisz won her first Oscar for best actress. He desperately looking to do a project in Haiti need to lock him down quick before he becomes unavailable.

SweetMicky Doc turning it into a screenplay and looking to bring on mainly writer/directs Stephen Gaghan who wrote "Rules of Engagement", "Traffic", "Alamo", "Syriana" and etc..

Sweet Micky developing it into a Musical

 Rob Minkoff directed the animation of Lion King and Irene Mecchi & Roger Allers who did Lion King the musical (Pras who knows them both) will possibly bring them on to do Sweet Micky the Musical first running off broadway then moving to Broadway same format as Hamilton.

Developing also Madame Max Aldophe

turing it into a screenplay or Tv special.

Music to follow in the...

Carline Balan

On Mar 20, 2016, at 3:40 PM, carline Balan <befree6@me.com> wrote:

Sweet Micky For President
Private Vimeo Screener

2

CONFIDENTIAL

SM_000163

https://vimeo.com/143234101
Password: iAgreeConfidential2763+562


Carline Balan


On Mar 18, 2016, at 7:24 AM, Laolu Saraki <lmsaraki@gmail.com> wrote:


<Theban_Package.pdf>


--
Pras Michel
Prasperity Group

CONFIDENTIAL ³         SM_000164



CONFIDENTIAL

SM_000165

## WHEN POP MUSIC & POLITICS COLLIDE

CONFIDENTIAL

SM_000166

SWEET MICKY FOR PRESIDENT FOLLOWS THE FUGEES' PRAS MICHEL AS HE RETURNS TO HAITI POSTEARTHQUAKEAND PASSIONATELY MOBILIZES A PRESIDENTIAL CAMPAIGN FOR THE UNLIKELIEST OF CANDIDATES; MICHEL MARTELLY, AKA "SWEET MICKY", HAITI'S POPULAR AND MOST OUTLANDISH POP STAR.

CONFIDENTIAL

SM_000167



CONFIDENTIAL

SM_000168



CONFIDENTIAL

SM_000169



CONFIDENTIAL

SM_000170



CONFIDENTIAL

SM_000171



CONFIDENTIAL

SM_000172



CONFIDENTIAL

SM_000173



CONFIDENTIAL

SM_000174



CONFIDENTIAL

SM_000175

THE MIMISERIES
A.K.A
"KING MAKERS"

CONFIDENTIAL

SM_000176



CONFIDENTIAL

SM_000177

**MASTERS OF THE DEW**

CONFIDENTIAL

SM_000178

"MADAME MAX ADOLPHE"
FORT DIMANCHE

CONFIDENTIAL

SM_000179



FOR MORE INFO CONTACT
CAROLINE BALAN AT                     OR 910.207.4497

CONFIDENTIAL                                    SM_000180



*Wikipedia.* Madame Max Adolphe was the right hand woman of François Duvalier during his presidency in Haiti Adolphe, then known as Rosalie Bosquet, came to the attention of Francois during an

CONFIDENTIAL

SM_000181

attempt on his life. While she was a low ranking officer in the Tonton Macoute, her courage impressed the President so much that he promoted her to the position of warden at Fort Dimanche. At the prison, Adolphe continued her strong support of the government and was known for her interrogations of political prisoners.

Daily killings, torture, and beatings were typical at the prison during her tenure. After settling in at the prison, she was then promoted to the Supreme Head of the Fillettes Laleau, the female branch of the Tonton Macoutes.When Papa Doc died in 1971 and his son, Jean Claude Duvalier took over, she lost lot of her power. Eventually, the regime ended in 1986. She left the country and her current whereabouts are unknown.

In the book *Encyclopedia of War Crimes and Genocide* by Christopher Catherwood, Leslie Alan Horvitz assert that the people occupying the prison's cells were thrown in there by the Tonton Macoutes Haiti's secret police agents:

'They proceeded to round up Duvalier's enemies, among them politicians, journalists, and radio station owners, where they were tortured to death.'

U.S. journalist Thomas Sanchez summed up the place: "Most men do not leave Fort Dimanche; if they are not beaten to death they die of tuberculosis, dysentery, or having the blood sucked from them by scores of vermin."

According to Haiti historian Elizabeth Abbott, some of the male prisoners sometimes were subject to sexual torture by Rosalie Bosquet, also known as Madame Max Adolphe, the prison warden.

A 1975 report in *Worldview*, a publication of the Council on Religion and International Affairs, reported that young Haitians accused of being Communists were often dragged to the prison for immediate or later execution, their bodies buried in the courtyard, or even at times displayed publicly as a 'lesson" for others.

CONFIDENTIAL

["Haiti History 101: Fort Dimanche Prison," Kreyolicious, online, undated]

***





Madame Max Adolphe (Rosalie Bosquet)

CONFIDENTIAL

SM_000184



CONFIDENTIAL

SM_000185

Meet Madame Max Adolphe, her maiden name is Rosalie Bosquet. Mrs. Max Adolphe was born in Mirebalais on September 10, 1925. She started her milice career as the commandant of Fort-Dimanche/Fort La Mort. In 1963, she became chief commandant of Port-au-Prince. The writer Danny Laferriere in his book, "Le prix des Oiseaux fous" ranked her third in the diabolical order, after Duvalier and Luc Desir. He mentioned in the book that once she inserted a living rat into a pregnant woman's vagina. Mrs. Max Adolphe epitomizes the Duvalierist milice and was one of the most feared servants of the Duvalier regime.

François Duvalier, "Papa Doc" employed the *Tonton Macoute* in a reign of terror against any opponents, including those who proposed progressive social systems. Those who spoke out against Duvalier would disappear at night, or were sometimes attacked in broad daylight. Tontons Macoutes often stoned and burned people alive. Many times the corpses were put on display, often hung in trees for everyone to see. Family members who tried to remove the bodies for proper burial often disappeared themselves, never to be seen again. - source

**According to Wikipedia:**

Adolphe, then known as Rosalie Bosquet, came to the attention of Francois during an attempt on his life. While she was a low ranking officer in the Tonton Macoute, her courage impressed the President so much that he promoted her to the position of warden at Fort Dimanche. At the prison, Adolphe continued her strong support of the government and was known for her interrogations of political prisoners. Daily killings, torture, and beatings were typical at the prison during her tenure. After settling in at the prison, she was then promoted to the Supreme Head of the Fillettes Laleau, the female branch of the Tonton Macoutes.

When Papa Doc died in 1971 and his son, Jean Claude Duvalier took over, she lost lot of her power. Eventually, the regime ended in 1986. She left the country and her current whereabouts are unknown.

FORT DIMANCHE PRISON

INFO HERE NOW PRINT   http://kreyolicious.com/haiti-history-101-fort-dimanche-prison/2520/

CONFIDENTIAL

SM_000186

# Madame Max Adolphe

From Wikipedia, the free encyclopedia

Jump to: navigation, search

**Madame Max Adolphe** (also known as **Max Rosalie Auguste and Rosalie Bosquet**), born in September 1925,[6] was the right hand woman of former Haitian president François Duvalier, who used the nickname "Papa Doc".

Adolphe, then known as Rosalie Bosquet, came to the attention of Duvalier during an attempt on his life. While she was a low ranking officer in the Tonton Macoute, her courage impressed the President so much that he promoted her to the position of warden at Fort Dimanche. At the prison, Adolphe continued her strong support of the government and was known for her violent interrogations of political prisoners.

Daily killings, torture, and beatings were typical at the prison during her tenure. She developed a "gruesome reputation for herself as she designed inventive sexual tortures" in Fort Dimanche.[3] She was later promoted to the Supreme Head of the *Fillettes Laleau*, the female branch of the Tonton Macoutes.[3] She also collected a monthly rent check from U.S. Special Forces for the use of her compound.[4]

When Papa Doc died in 1971, and his son, Jean-Claude Duvalier succeeded him, he had Adolphe removed from her post as head of Fort Dimanche. By May 1972 she had been appointed mayor of Port-au-Prince,[5] which brought her attention to the city's sewage disposal.[4] Prior to the end of the Duvalier dynasty in 1986, when the Duvaliers fled the capital, she said "[i]t seems Jean-Claude is leaving the country soon. All militia members will be in danger. Much blood will be shed." She later left the country,[5] but her current whereabouts are unknown. She is succeeded by her daughter, Magalie Adolphe Racine, who lives in Haiti and serves as Minister of Youth and Sport.

## References[edit]

1 Jump up ↑ ^ Report by the Special Inquest Commission on the

CONFIDENTIAL

SM_000187

Troubling Death of Judge Jean Serge Joseph, Part II, The Facts https://miningawareness.wordpress.com/2013/08/17/report-by-the-special-inquest-commission-on-the-troubling-death-of-judge-jean-serge-joseph-part-ii-the-facts/

2 **Jump up** ^ Girard, Philippe R. (2008). "François Duvalier". In Juang, Richard M.; Morrissette, Noelle. *Africa and the Americas: Culture, Politics, and History: A Multidisciplinary Encyclopedia*. Transatlantic Relations Series 1. Santa Barbara, California: ABC-CLIO. p. 392. ISBN 978-1-85109-446-2. LCCN 2007035154. OCLC 166716701.

3 **Jump up** ^ Chardy, Alfonso (13 February 1986). "Duvalier left 'Madame Max' to wrath of native Haitians". *Lakeland Ledger* (Lakeland, Florida). Knight Ridder/Tribune News Service. Retrieved 29 October 2015 – via Google News.

4 **Jump up** ^ Coughlin, Dan (1999). "Haitian Lament: Killing Me Softly". *The Nation*. Archived from the original on 19 October 2015. "Madame Max Adolphe, for instance, the sadistic head of the Tonton Macoutes under 'Papa Doc' Duvalier, collected a monthly rent check from US Special Forces for the use of her compound. As one young militant put it, 'The pot of rice gets cooked in the name of the children, but it's the adults who eat.'"

5 **Jump up** ^ "You Cannot Kill the Truth" The Case against Jean-Claude Duvalier" (PDF). London: Amnesty International. 2011. p. 31. OCLC 776890444. AMR 36/007/2011. Archived (PDF) from the original on 28 October 2015. "Max Rosalie Auguste, also known as 'Max Adolphe', for example, commander of the [Tonton Macoutes] militia and Fort Dimanche prison under François Duvalier, was removed from her roles at the end of 1971. However, by May 1972 she had been appointed mayor of Port-au-Prince."

6 **Jump up** ^ "Dynastic republicanism in Haiti". *The Political Quarterly* (Wiley) 44 (1): 83. 1973. doi:10.1111/j.1467-923X.1973.tb02078.x. ISSN 0032-3179. (subscription required (help)). "Peasants stoned the house of Zacharie Delva, and Eloise Maître has returned to his bakery in the Grande Rue, while the formidable Madame Max Adolphe (at one time commandant of Fort Dimanche, where most important political prisoners were incarcerated or eliminated) has transferred her matronly attentions, as Mayor of [Port-au-Prince], to the problems of urban sewage disposal."

7 **Jump up** ^ "Two Former Duvalier Aides Arrested In Haiti". *Philadelphia Inquirer*. Inquirer Wire Services. 27 February 1986. Archived from the original on 17 February 2015. "And Madame Max also has left the country, Aubelin Jolicoeur, director of tourism, said yesterday."

CONFIDENTIAL

SM_000188

## Further reading[edit]

- Lemoine, Patrick (2011) [1st pub. 1996 as *Fort-Dimanche, Fort-la-Mort*]. *Fort-Dimanche, Dungeon of Death*. Trafford Publishing. ISBN 978-1-4269-6624-8. LCCN 2011906135. OCLC 45461011.

- Abbott, Elizabeth (2011) [1st pub. 1988]. *Haiti: A Shattered Nation*. Rev. and updated from *Haiti: The Duvaliers and Their Legacy* (1988). New York: The Overlook Press. ASIN B013JQLXKW. ISBN 978-1-59020-989-9. LCCN 2013496344. OCLC 859201061. OL 25772018M.

- Reding, Andrew (2004). "Democracy and Human Rights in Haiti" (PDF). *World Policy Institute*. World Policy Reports. New York: New School University. pp. 16–17. Archived (PDF) from the original on 12 September 2015.

NewPP limit report Parsed by mw1212 Cached time: 20151216114907 Cache expiry: 2592000 Dynamic content: false CPU time usage: 0.200 seconds Real time usage: 0.265 seconds Preprocessor visited node count: 724/1000000 Preprocessor generated node count: 0/1500000 Post-expand include size: 2454/2097152 bytes Template argument size: 468/2097152 bytes Highest expansion depth: 10/40 Expensive parser function count: 1/500 Lua time usage: 0.108/10.000 seconds Lua memory usage: 3.06 MB/50 MB Number of Wikibase entities loaded: 0 Transclusion

# Madame Max Aldolphe

Francois Duvalier, the 40th President of Haiti, had a number of people who he used during his regime to impose his rules and methods of running his own government. A rule of guns, military power along with personality cult and voodoo, Francois Duvalier was responsible for the death of over 30000 Haitians. This not only struck fear and horror in the hearts of the people of Haiti when he was alive, it is something that Haiti has not recovered from ever since.

One of the significant figures of Francois Duvalier's regime was Madame Max Adolphe. Every leader has a group of deputies under him/her to take care of nationalistic duties. Madame Max Adolphe was one such individual under Duvalier's reign. She was what Duvalier, during his presidency, called his "right hand". Being someone as highly ranked as the President, life threats and assassination plots are things that are normal. It was during one such assassination attempt that Madame Max Adolphe was noticed by Francois Duvalier. Madame Max Adolphe was back then known as Rosalie Bosquet. Though she was an officer who was ranked lower down the order in the Tonton Macoutes, Francois Duvalier was particularly impressed by her courage. It was this courage that made Francois Duvalier promote her to the position of "warden". She was particularly known for her style of

SM_000190

questioning political prisoners.
During her reign, things such as brutal killings and frequent tortures were usual. She lost power when Francois Duvalier died and her son, Jean Claude Duvalier, assumed power.

CONFIDENTIAL

CONFIDENTIAL

SM_000192





CONFIDENTIAL

SM_000193



CONFIDENTIAL

SM_000194



CONFIDENTIAL

SM_000195



CONFIDENTIAL

SM_000196



CONFIDENTIAL

SM_000197



CONFIDENTIAL

SM_000198



CONFIDENTIAL

SM_000199



CONFIDENTIAL

SM_000200



CONFIDENTIAL

SM_000201



CONFIDENTIAL

SM_000202



CONFIDENTIAL

SM_000203



CONFIDENTIAL

SM_000204



CONFIDENTIAL

SM_000205



CONFIDENTIAL

SM_000206



CONFIDENTIAL

SM_000207

SM_000208

CONFIDENTIAL

